IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ENVIRONMENTAL DEFENSE,<br>NORTH CAROLINA SIERRA CLUB,<br>and<br>NORTH CAROLINA PUBLIC<br>INTEREST RESEARCH GROUP,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>DUKE ENERGY CORPORATION,<br><br>Defendant. | Civil Action No. 1:00 CV 1262 |

**ORDER**

This matter is before the Court on Defendant Duke Energy Corporation's Motion for Leave to File Supplemental Motion for Summary Judgment ("Motion for Leave"). For the reasons set forth in the Motion for Leave, and for good cause shown by Defendant Duke Energy Corporation ("Duke Energy"), the Court hereby grants that motion. It is hereby ORDERED that Duke Energy may file as of record its Supplemental Motion for Summary Judgment, its Memorandum in Support of Supplemental Motion for Summary Judgment, and the supporting exhibits.

This the _____ day of _____, 2013.

_____
United States District Judge

34085.000016 EMF_US 47320252v3