THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>ENVIRONMENTAL DEFENSE, )<br>NORTH CAROLINA SIERRA CLUB, and )<br>NORTH CAROLINA PUBLIC INTEREST )<br>RESEARCH GROUP )<br>)<br>    Plaintiff-Intervenors, )<br>    v. )<br>)<br>DUKE ENERGY CORPORATION )<br>)<br>    Defendant. )<br>) | Civil Action No. 1:00 CV 1262 |

## Suggestion of Subsequently Decided Authority

Plaintiff, the United States of America, hereby files this Suggestion of Subsequently Decided Authority. The United States respectfully suggests that the attached decision by the United States District Court for the District of Maryland in United States v. Westvaco Corp., Civ. No. MJG-00-2602 (D. Md. Feb. 26, 2015), represents subsequently decided authority that supports Plaintiffs' opposition brief (ECF Docket No. 477) to Defendant Duke Energy Corporation's Motion for Certification under 28 U.S.C. § 1292(b) (ECF Docket No. 475).

DATED: March 2, 2015.

Respectfully Submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources
 Division
United States Department of Justice


*/s/ Jason A. Dunn*_____
JASON A. DUNN

OF COUNSEL:
Environmental Enforcement Section
Environment and Natural Resources
ELLEN ROUCH
 Division
Associate Regional Counsel
P.O. Box 7611
U.S. EPA, Region 4
Washington, D.C. 20044-7611
61 Forsyth Street, S.W.
(202) 514-1111
Atlanta, Georgia  30303
jason.dunn@usdoj.gov

SEEMA KAKADE
Attorney Advisor
Air Enforcement Division
LYNNE KLAUER
Office of Enforcement and
Assistant U.S. Attorney
        Compliance Assurance
NCSB # 13815
U.S. EPA
101 S. Edgeworth St., Fourth Fl.
1200 Pennsylvania Ave., N.W.
Greensboro, NC 27401
Washington, D.C. 20460
(336) 333-5351

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 2, 2015, the foregoing Suggestion of Subsequently Decided Authority was filed electronically using the Court's ECF system and automatically served through the Court's ECF system on counsel of record.

              ***/s/ Jason A. Dunn***
              Jason A. Dunn